IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUAN P. DELEON,                                      3:12-cv-00408-JE

        Plaintiff,                               ORDER

v.

PNC BANK, NATIONAL ASSOCIATION; LSI
TITLE COMPANY OF OREGON, LCC; SELECT
PORTFOLIO SERVICING, INC.,

        Defendants.

_____

PNC BANK, NATIONAL ASSOCIATION,

        Consolidated Plaintiff,

v.

JUAN P. DELEON, SIN B. DELEON, and
ALL OCCUPANTS

        Consolidated Defendant.

1 - ORDER

**JOHN A. COCHRAN**
The Cochran Law Firm
3404 S.E. 45th Avenue
Portland, OR 97206
(360) 721-4222

       Attorney for Juan Deleon and Sin Deleon

**GREGORY A. CHAIMOV**
**ERIC L. DAHLIN**
Davis Wright Tremaine, LLP
1300 S.W. Fifth Avenue
Suite 2300
Portland, OR 97201-5630
(503) 778-5293

       Attorneys for PNC Bank, National Association

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#16) on September 25, 2012, in which he recommends this Court dismiss Deleon's action with prejudice for lack of prosecution and dismiss the consolidated action brought by PNC Bank without prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not

2 - ORDER

find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#16). Accordingly, the Court **DISMISSES with prejudice** Deleon's action, **DISMISSES without prejudice** PNC Bank's consolidated action, and **DENIES as moot** all pending motions, if any.

IT IS SO ORDERED.

DATED this 5th day of November, 2012.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

3 - ORDER