# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

JUAN P. DELEON,

                                                    3:12-cv-00408-JE

                                                    **JUDGMENT**
                    Plaintiff,                      **OF DISMISSAL**

        v.

PNC BANK, NATIONAL ASSOCIATION;
LSI TITLE COMPANY OF OREGON, LLC;
SELECT PORTFOLIO SERVICING, INC.,

                    Defendants.

Based upon the Court's Order (#18) issued November 5, 2012, the Court **DISMISSES with prejudice** Deleon's action, **DISMISSES without prejudice** PNC Bank's consolidated action, and **DENIES as moot** all pending motions, if any.

Dated this 5th day of November, 2012.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL