IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUAN P. DELEON, | 3:12-cv-00408-JE |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PNC BANK, NATIONAL ASSOCIATION; LSI TITLE COMPANY OF OREGON, LLC; SELECT PORTFOLIO SERVICING, INC., | |
| Defendants. | |

Based upon the Court's Order (#18) issued November 5, 2012, the Court **DISMISSES with prejudice** Deleon's action, **DISMISSES without prejudice** PNC Bank's consolidated action, and **DENIES as moot** all pending motions, if any.

Dated this 5th day of November, 2012.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL